<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6480**

———————

JACQUES PIERRE,

               Plaintiff – Appellant,

     v.

JONATHAN E. OZMINT, Director,

               Defendant – Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Columbia. Cameron McGowan Currie, District Judge. (3:09-cv-00226-CMC)

———————

Submitted: January 21, 2011     Decided: February 7, 2011

———————

Before GREGORY, SHEDD, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jacques Pierre, Appellant Pro Se. Heath McAlvin Stewart, III, RILEY, POPE & LANEY, LLC, Columbia, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jacques Pierre appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Pierre v. Ozmint, No. 3:09-cv-00226-CMC (D.S.C. Feb. 24, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2